502 P.2d 158

Janie Mae JACKSON, Petitioner,

v.

The INDUSTRIAL COMMISSION of
Arizona, Respondent,

Phoenix Osteopathic Hospital, Incorporated
(Phoenix General Hospital, Incorporat-
ed), Respondent Employer,

State Compensation Fund, Respond-
ent Carrier.

No. 10770–PR.

Supreme Court of Arizona.

Nov. 1, 1972.

Further ordered: Denying the petition
for review.